UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Laura H.W. Chung, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ZS Associates, Inc. )<br>Arun Shastri, )<br>)<br>Defendants. ) | CIVIL ACTION NO.<br>05-11258 WGY |

PLAINTIFF'S RETURNS OF SERVICE OF PROCESS

Now comes the Plaintiff, Laura H.W. Chung, by her attorney, and respectfully submits herein her returns of service of process in the above action.

Respectfully submitted,
Laura H.W. Chung
By her attorney,

_____
Paul F. Wood, BBO No. 565195
Law Office of Paul F. Wood, P.C.
45 Bowdoin Street
Boston, MA 02114
(617) 532-2666

I hereby certify that a true copy of the within document was served upon all pro se parties/ attorneys of record by hand/first class mail, postage prepaid, on 7/8/05