UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Laura H.W. Chung, | ) | |
| | ) | |
|    Plaintiff, | ) | CIVIL ACTION NO. |
| | ) | 05-11258 WGY |
| vs. | ) | |
| | ) | |
| ZS Associates, Inc. | ) | |
| Arun Shastri, | ) | |
| | ) | |
|    Defendants. | ) | |

JOINT MOTION TO CONTINUE SCHEDULING CONFERENCE

Now come the Parties, by their attorneys, and respectfully request that the Scheduling Conference, presently noticed for September 19, 2005, by continued to a date subsequent to the September 26, 2005 mediation in the within action. As good cause for the allowance of the within motion, the Parties respectfully submit that:

1. The Parties have agreed to and scheduled mediation before a private mediator for September 26, 2005.

2. The Parties will promptly inform the Court at the conclusion of the mediation process whether or not the same was successful.

3. Allowance of the within motion may conserve both the Parties' and the Court's resources and may eliminate the need for further litigation.

WHEREFORE, the Parties respectfully request that the within motion be ALLOWED.

Respectfully Submitted,

| | |
|---|---|
| Laura H.W. Chung<br>By her attorney, | ZS Associates, Inc.<br>Arun Shastri<br>By their attorneys |
| /s/Paul F. Wood<br>Paul F. Wood, BBO 565195<br>Law Office of Paul F. Wood, P.C.<br>45 Bowdoin Street<br>Boston, MA  02114<br>(617) 532-2666 | /s/Joshua M. Davis (pfw w/permission)<br>Joshua M. Davis, BBO 558852<br>L. Jason Law, BBO 645942<br>Goulston & Storrs, P.C.<br>400 Atlantic Avenue<br>Boston, MA 02110<br>(617) 482-1776 |