UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Laura H.W. Chung, ) | |
| ) | |
|    Plaintiff, ) | CIVIL ACTION NO. |
| ) | 05-11258 WGY |
| vs. ) | |
| ) | |
| ZS Associates, Inc. ) | |
| Arun Shastri, ) | |
| ) | |
|    Defendants. ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties hereto, by and through their respective counsel, and pursuant to Fed.R.Civ.P. 41(a)(1), hereby stipulate and agree that all claims in this action shall be dismissed with prejudice and without costs, waiving all rights of Appeal.

Respectfully submitted,

| | |
|---|---|
| Laura H.W. Chung | All Defendants |
| By her attorney, | By their attorneys, |
| | |
| /s/ Paul F. Wood | /s/ Joshua M. Davis (pfw w/permission) |
| Paul F. Wood, BBO 565195 | Joshua M. Davis, BBO# 558852 |
| Law Office of Paul F. Wood, P.C. | L. Jason Law, BBO# 645942 |
| 45 Bowdoin Street | Goulston & Storrs, P.C. |
| Boston, MA 02114 | 400 Atlantic Avenue |
| (617) 532-2666 | Boston, MA 02110-3333 |
| | (617) 482-1776 |